| United States Bankruptcy Court<br>**Central District Of California** | |
|---|---|
| In re:<br>Blanca Arriaga | CHAPTER NO.: 13 |
| | CASE NUMBER: 2:10-bk-47709-EC |
| | DATE OF FILING: September 3, 2010 |

# CASE INITIATION ACTION NOTICE

**To:** Honorable Ellen Carroll
**From:** SONNY MILANO    **Ext:** 1485    **Date:** September 21, 2010

The attached document is being forwarded to you for your immediate attention due to the following:

- ☐ Involuntary Petition
- ☐ Non-individual debtor not represented by attorney
- ☐ Chapter 11 filing by debtor not represented by attorney
- ☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)
- ☐ Hearing date within three (3) days from filing date
- ☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)
- ☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)
- ☐ Attorney of record barred from practicing in the Central District
- ☐ Debtor with multiple cases pending that have not been dismissed:
  - Case No: ___    Chapter ___
  - Case No: ___    Chapter ___
  - Case No: ___    Chapter ___
- ☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
  **Prior Case No.** ___    **Chapter** ___    **Date of Filing:** ___
- ☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
  **Prior Case No.** ___    **Chapter** ___    **Date of Filing:** ___
  District and division, if other than CAC ___
- ☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)
- ☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition
- ☒ Other: Debtor's Non-Compliance with Case Commencement Deficiency Notice and Order to Comply.

FILED SEP 29 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ Deputy Clerk

ENTERED SEP 30 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ Deputy Clerk

*Please indicate your instructions and forward to your Courtroom Services team.*

- ☐ Process using routine procedures (no special action required)
- ☐ Prepare an Order to Show Cause re: Dismissal
- ☒ Dismiss with 180 day restriction
- ☐ Dismiss without 180 day restriction
- ☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]
- ☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case
- ☐ Other: ___

Dated: 9/29/10
Revised 11/09

BY THE ORDER OF THE COURT: /s/ Ellen Carroll
Honorable Ellen Carroll

# United States Bankruptcy Court
## Central District Of California

| In re: Blanca Arriaga | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 2:10-bk-47709 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☒ Summary of Schedules (Form B6). [Local Rule 1002-1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002-1(g)]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002-1]:

Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: September 3, 2010

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: Angel Pavia
Deputy Clerk

ccdn – Revised 12/2009    1 / TAP

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: apaviaC              Page 1 of 1            Date Rcvd: Sep 03, 2010
Case: 10-47709                Form ID: ccdn              Total Noticed: 1

The following entities were noticed by first class mail on Sep 05, 2010.
db             +Blanca Arriaga,    10325 Alexander Ave,   South Gate, CA 90280-6732

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2010             Signature:    _____

| United States Bankruptcy Court<br>**Central District Of California** ||
|---|---|
| In re:<br>Blanca Arriaga | CHAPTER NO.: 13 |
| | CASE NO.: 2:10-bk-47709 |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B
Schedule C
Schedule D
Schedule E
Schedule F
Schedule A
Schedule G
Statement – Form 22C
Schedule H
Schedule I
Schedule J
Stmt. of Fin. Affairs
Chapter 13 Plan**

Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.

According to Bankruptcy Rules 1007(c) and 3015(b), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the above-referenced documents and the proper number of copies [Local Bankruptcy Rule 1002-1]:

       Chapter 13    1 Original and 1 Copy

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

BY ORDER OF THE COURT
Dated: September 3, 2010

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: Angel Pavia
    Deputy Clerk

deforco – Revised 12/2009                                                                   1 / TAP

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: apaviaC              Page 1 of 1              Date Rcvd: Sep 03, 2010
Case: 10-47709                Form ID: deforco           Total Noticed: 1

The following entities were noticed by first class mail on Sep 05, 2010.
db            +Blanca Arriaga,    10325 Alexander Ave,   South Gate, CA 90280-6732

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2010                  Signature:    _Joseph Speetjens_

**2:10-bk-47709-EC** Blanca Arriaga
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Ellen Carroll
Date filed: 09/03/2010 Date of last filing: 09/21/2010

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | ◉ Cert. Credit Counseling | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Chapter 13 Plan | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Db Cert of Empl Income | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Declaration Re Sched | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule A | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule B | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule C | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule D | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule E | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule F | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule G | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule H | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule I | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Schedule J | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Statement - Form 22C | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Statistical Summary | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Stmt. of Fin. Affairs | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Summary of Schedules | 09/03/2010 | 09/17/2010 | | | |
| 1 | ◉ Incomplete Filings Due | 09/03/2010 | 09/17/2010 | | | |
| 2 | ◉ 341 Meeting | 09/03/2010 | 10/04/2010 at 04:00 PM | | | |
| 1 | ◉ Section 316 Incomplete Filings | 09/03/2010 | 10/18/2010 | | | |
| 2 | ◉ Confirmation Hearing | 09/03/2010 | 11/18/2010 at 01:30 PM | | | Carroll, Ellen |
| 2 | ◉ Objection to Confirmation | 09/03/2010 | 11/18/2010 at 01:30 PM | | | Carroll, Ellen |
| 2 | ◉ Objection 523 Complaint | 09/03/2010 | 12/03/2010 | | | |
| 2 | ◉ Proof of Claims Deadline | 09/03/2010 | 01/03/2011 | | | |
| 2 | ◉ Government Proof of Claim | 09/03/2010 | 03/02/2011 | | | |